

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00519-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**COUNTY OF LA SALLE**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that appellee County of La Salle recover its costs of this appeal, if any, from appellants El Caballero Ranch, Inc. and Laredo Marine, L.L.C.

SIGNED November 25, 2015.

_____
Marialyn Barnard, Justice